FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ MAR 28 2007 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------- X
Juan Grenados,

                      Petitioner,

  -against-

United States of America,

                      Respondent.
---------------------------------------------------------- X

07 CV 103 (ARR)

NOT FOR ELECTRONIC OR PRINT PUBLICATION

OPINION AND ORDER

ROSS, United States District Judge:

On January 4, 2007, the court received a Motion for Clarification of Presentence Jail Time Credits filed pro se by Mr. Juan Grenados. By order dated January 10, 2007, the court indicated its intention to construe Mr. Granados' submission as a petition challenging the execution of a sentence pursuant to 28 U.S.C. § 2241 and to transfer the petition to the district in which petitioner is in custody. The court accorded 60 days for Mr. Granados to withdraw the petition in the event that he did not wish to pursue relief under § 2241. Having received no further submissions from Mr. Granados as of the date of this order, the court transfers the instant petition to the United States District Court for the Southern District of Texas. The Clerk of the Court is directed to transfer this matter to the Southern District of Texas and close this case.

SO ORDERED.

/S/

Allyne R. Ross
United States District Judge

Dated: March 26, 2007
       Brooklyn, New York

1

**SERVICE LIST:**

***Pro Se* Petitioner:**

Juan Granados
47379-053
Jim Wells - B
Federal Correctional Inst.
PO Box 4200
Three Rivers, TX 78071

**Attorney for the United States of America:**

United States Attorney's Office
Eastern District of New York
One Pierrepont Plaza
Brooklyn, NY 11201